THE Complaint Form:

# UNITED STATES District Court
## MIDDLE District of Louisiana

AlBert A. Grayer #389690
                    Plaintiff
         V

Darrel Vannoy, Warden Louisiana State Prison;
Daniel Crook, Doctor Louisiana State Prison;
 Cpt. Bill Lacoste. EMT Louisiana State Prison;
  Cpt. Logan DaiBonne, EMT Louisiana State Prison;
  Major David Voorhies, Correctional Officer (LSP);
 Cpt. D. Turner, Correctional Officer (LSP);
 Cpt. J. Howard, Correctional Officer (LSP);
  LT. Howard Brown, Correctional Officer (LSP);
  MSgt. M.Grimm, Correctional Officer (LSP);
   Cpt. Edward Russ Correctional Officer (LSP);
individually : in their Official Capacities
                                    (Defendants)

Civil Action No.

Complaint

## I. Jurisdiction : Venue

1. This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the Constitution of of the United States. The Court has jurisdiction under 28 U.S.C Section 1331 and 1343(a)(3). Plaintiff Grayer seeks declaratory relief pursuant to 28 U.S.C. Section 2201 : 2202. Plaintiff Grayer claims for injuctive relief are authorized by 28 U.S.C Section 2283 : 2284 : Rule 65 of the Federal Rules of Civil Procedure.

## II Plaintiffs.

2. Plaintiff AlBert Grayer, is and was at all times mentioned herein a prisoner of the State of Louisiana in the custody of the Louisiana Department of Corrections. He is currently confined in Louisiana State Prison, in Angola, Louisiana.

## III Defendants

3. Defendant Darrel Vannoy is the Warden of Louisiana State Prison. He is Legally responsible for the operation of Louisiana State Prison : for the Welfare of all the inmates of that prison.

4. Defendant Daniel Crook is the Doctor of Louisiana State Prison who, at all times mentioned in this complaint, held the position of a Doctor ash Dept. of Corrections.

5. Defendant Bill Lacoste is an EMT of the Louisiana Dept. of Corrections who, at all times mentioned in this complaint, held the position of a EMT at Louisiana State Prison.

1 of 6

6. Defendant Logan DarBonne is an EMT of the Louisiana Dept. of Correction who, at all times Mentioned in this Complaint held the position of a EMT at Louisiana State Prison.

7. Defendant David Voorhies is a Correctional officer of the La. Dept. of Corrections Who, at all times mentioned in this Complaint held the position of a Major + was assigned to Louisiana State Prison.

8. Defendant D. Turner is a Correctional officer of the La Dept. of Corr. Who, at all times mentioned in this Complaint held the position of a Captain & was assigned to Louisiana State Prison.

9. Defendant J. Howard is a Correctional officer of the La. Dept. of Corr. Who, at all times Mentioned in this Complaint held the position of a Captain & was assigned to Louisiana State Prison.

10. Defendant Howard Brown is a Correctional officer of the La. Dept. of Corr. who, at all times Mentioned in this Complaint held the position of a LT. & was assigned to Louisiana State Prison.

11. Defendant M. Grum is a Correctional officer of the La. Dept. of Corr. Who, at all times Mentioned in this Complaint held the position of a prison guard & was assigned to Louisiana State Prison.

12. Defendant Edward Russ is a Correctional of the La. Dept. of Corr. who, at all times mentioned in this Complaint held the position of a Captain & was assigned to Louisiana State Prison.

13. Each defendant is Sued individually & in his Offical Capacity. At all times Mentioned in this Complaint each defendant acted Under the Color of State Law.

## Facts

14. On July 10, 2018 plaintiff Was transported by ambulance to the treatment Center by defendant Bill Lacoste due to him taking an Substanial amount of pills.

15. Once at the treatment Center Plaintiffs stomach was ordered to be pumped by defendant Daniel Crook & these orders Were Carried Out by defendant Logan DarBonne.

16. Immediately after the pumping of Grayers stomach he was escorted to the holding cells to await transport back to his living quaters.

17. While in the holding cells Grayer tried hanging himself with mechanical restraints.

18. Grayer Was than taken down by Security & Upon him being escorted back to the treatment area defendant Crook Saw him & Stated "Take him back where he came from i do not want to See him". Plaintiff was than Stripped Searched & transported back to Camp C.

19. Upon plaintiff arrival at Camp C he was turned over to defendant D. Turner to be placed on Mental Health 4-pt.

20. Defendant Turner escorted Grayer to Tiger 1-R#3 as this was an Extremely hot Booth Cell Where Grayer Could not feel the air Circulating. the Cell was poorly Ventilated & there was no light.

21. Upon placing Grayer in the Cell Grayer requested from Turner that he be placed in an Cell where he Can feel Some air as he Suffers from epilepsey & heat trigger his Seizures. Grayer than informed Turner that he has an duty Status Which let's him Know that he has heat related Side effects. (A Copy of this duty Status is Attached & Marked as Exhibit "A").

22. Turner than Stated to Grayer "You Just tried to Kill Yourself". "Now your Worried about Heat"? Maybe the heat will give you what you Want"... He than placed Grayer on 4-pt. & left.

23. Later that night Grayer Woke up excessively Sweating & Smelling like Urine feeling Weak, dizzy, Confused at which time he asked the tier Walker to inform Security that he needed to declare himself an Medical emergency.

24. Moments later Defendant J. Howard arrived in his booth at Which time he informed Howard of how he was feeling & informed him that he needed to declare himself a Medical emergency. He further requested from Howard that he be released off 4-pt So he may Shower & get Some Cold water.

25. Howard than informed Grayer that medical had Just left his Cell appron 1-1½ ago at Which time Grayer questioned Howard as to the reason why?

26. Defendant Howard informed Grayer that he had been in his Cell Shaking So he Contacted Medical Personal & When they arrived they took your Vitals & left. Grayer than asked Who the EMT.s Were at Which time he learned it Was defendant Logan Darbonne & EMT Lavinge.

27. Defendant Howard informed Grayer that word was left from the day Shift tier Officer that I had been Catching Seizures Since I was placed on 4-pt & When Medical Came they Just took your Vitals as they did tonight & left Stating the Dr Said No Transport.

28. Defendant Howard than exited Grayer Booth Saying that he was about to go Call Medical & he would be right back to let me up to Shower & Whatever else, but Defendant Howard never returned.

29. Upon info & belief I had Seizures that night at Which time defendant Howard had Knowledge of & upon responding to the tier Walkers & other Offenders Stating that I Was Catching another Seizure. Defendant Howard Would Come on the tier enter my booth Call my name & leave.

30. Upon info & belief Howard failed to notify Medical that I was Continuously having Seizures.

31. On 7-11-2018 after eating breakfast I Stopped the EMT in an effort to Make Sick Call & due to me being on 4-pt I was unable to Complete a Sick Call form Nor did he have any on him or in the Unit. After explaining my illnesses to the EMT. The EMT entered Grayer's Cell & did not even have a blood pressure Cuff. but took his pulse at Which time he informed Grayer that his pulse was beating a lil too fast & that he needed to drink Some Water because Plaintiff was dehydrated. I than Showed him that I was handcuffed to the bed & unable to get Water. Asst Defendant Gruom than Stated he Would get me Some. but Never did.

32. Upon info? belief While Speaking to the EMT Plaintiff just fell out & had a Seizure. Upon the arrival of the Ambulance it was EMT Defendant Bill Lacoste at which time he left me in my Cell again on 4-pt Unresponsive.

33. Upon info? belief Defendant Logan DaiBonne ? Defendant Bill Lacoste Left Plaintiff in his Cell unresponsive on ~~~~ July 10, 2018 When Grayer first Started having Seizures

34. Upon info? belief it is against policy ? pentitentary directive to leave offender? In their Cells Unresponsive.

35. Upon info? belief After I continued to have Seizures on July 10, 2018 after defendants DaiBonne ? Lacoste left me Unresponsive in my Cell the Unit Officer activated his transmitter a Second time.

36. Upon info? belief Defendant David Voorhies ? Defendant D. Turner responded to this activation ? upon learning that the beeper activation was because Plaintiff was still having Seizures. Defendant Voorhies told the unit officer "not to activate his beeper/transmitter for NO Shit like that". When the tier officer question his as what to do he Said "Watch him".

37. Upon info? belief I was provided No medical attention...

38. On August 8, 2018 plaintiff woke up in his Cell on the floor Surrounded by Vomit ? Urine at which time the tier Walker questioned him as to how he was doing? Upon info? belief the tier Walker told Defendants Howard Brown ? Defendant M. Groom that plaintiff was in Cell having Seizure. Upon info? belief both defendants came to plaintiffs Cell? observe him having a Seizure ? both Walked away ignoring it. Upon questioning defendant Brown ? defendant Groom as to where they going to get Plaintiff Some help. defendant Groom Stated "he'll be D.I.C" ? defendant Brown Stated "he does that Same Shit every time he Comes over here" Upon info? belief both defendants failed to Notify Medical Personnel So that Grayer Could be provided with Medical Assistance.

39. On August 17, 2018 plaintiff here-in Woke-up With Saliva Covering his face. Upon info? belief my Cell-mate notified Defendant Groom ? Defendant Russ. Upon info? belief defendant Groom Saw me having a Seizure? Only Walked away with-out activating his beeper but Shaking his head When questioned was he going to get Plaintiff Some help Upon info? belief his Words Were the Same as before "he'll be D.I.C"

40. Moments Later Defendant Edward Russ Made Rounds Upon info? belief Defendant Russ Was informed that Plaintiff had just had a Seizure? Was not responding. Upon information ? belief Defendant Russ threaten to Spray Chemical agent as a means to get Plaintiff to respond. Upon info? belief used his judgment by ~~~~~~ Shining a flashlight on Plaintiff's Body stating he see his chest moving up? down He's alright. Again Plaintiff was provided with No Medical attention. (A declaration from plaintiff ? his Cell-mate is attached ? Marked as Exhibit "B").

## IV. Exhaustion of Legal Remedies

41.      Plaintiff Used the prisoner grievance procedures available at Louisiana State Prison to try? Solve the problem. On July 30, 2018 plaintiff presented the facts relating to this Complaint. Plaintiff was Sent a response saying that the grievance

had been placed on backlog. The backlog notification is attached as Exhibit C...

## V. Legal Claims

42. Plaintiff reallege and incorporate by reference paragraphs 1-42.

43. Defendant Crook Showed deliberate Indifference to plaintiffs Serious Medical need by failing to Conduct a physical examination or order an x-ray to determine the extent of plaintiffs neck injury or had any been Sustained by hanging by Mechanical restraints Dr Crook actions Violated Plaintiff's right Under the Eighth Amendment to the United States Constitution & Caused Plaintiff pain, Suffering, physical injury & emotional distress.

44. Defendants Crook, Dorbonne, Lacoste Showed deliberate Indifference to Plaintiff Serious Medical Condition by leaving him in the Cell unresponsive & failing to transport him to the treatment Center for monitoring Defendants actions Violated plaintiffs rights Under the Eighth Amendment to the United States Constitution & Caused Plaintiff pain, Suffering, physical injury & emotional distress.

45. Defendants Voorhies, Turner, Howard, Groom, Brown, & Russ Showed deliberate Indifference to plaintiffs Serious Medical Condition by refusing to notify medical When he was Continously having Seizures or by leaving plaintiff on the floor / in the bed failing to notify Medical & get him medical Attention. Defendants actions Violated plaintiff rights Under the Eighth Amendment to the United States Constitution & Caused plaintiff pain, Suffering, physical injury, & emotional distress.

46. By having Knowledge of the Situation & failing to take any steps to better the Conditions Defendants Voorhies, Turner, Howard, Brown, Russ Carried out a pratice that led to the Violation of plaintiff's rights. Defendants actions Violated plaintiffs rights Under the Eighth Amendment to the United States Constitution & Caused plaintiff pain, Suffering, physical injury & emotional distress.

47. Plaintiff has no plain adequate or Complete Remedy at law to redress the Wrongs described herein. Plaintiff has been & Will Continue to be irreparably injured by the Conduct of the defendants unless the Courts grant the declaratory & injuntive relief Which plaintiff Seeks.

## VI. Prayer For Relief

48. Wherefore, plaintiff respectfully prayers that this Court enter judgement granting plaintiff:

49. A declaration that the acts & Omissions described herein Violated plaintiff's rights Under the Constitution & laws of the United States.

50. A preliminary & permanent injunction Ordering defendant Darrel Vannoy to:

a) place any offender who Suffer from epilipsey Under Camera Observation When an Watch has been Ordered;

b) that offenders who Suffer from epilipsey Not be placed in booth cells;

c) Start enforcing that all defendants Comply with any Dept. Reg. Unit policies & procedures, post Orders, Civil Service & penitentiary directives.

51 A preliminary & permanent injuction Ordering defendants Dr. Dainel Crook, Bill Lacoste', Logan DarBonne':

      a) Stop leaving Offenders in the Cell unresponsive;

      b) That offender be transported to the treatment Center in the event of a Seizure for medical Observation;

52. A preliminary & permanent injuction Ordering defendants David Voorhies, Damon Turner, J. Howard, Howard Brown, M. Grum, Edward Russ':

      a) To Start Calling Medical Personal when any medical Situation exist & in the event that they do not. they be Terminated.

52. I request punitive & Compensatory damages from all defendants except Warden Darrel Vannoy

53. I request a jury trial on all issues triable by jury

54. any additional relief this Court deems just proper & equitable

           Respectfully Submitted.
           Albert Grayer #389690
           Albert Grayer #389690
           General Delivery
           Louisiana State Prison
           Angola, La 70712

## Verification

    I have read the foregoing Complaint & hereby verify that the matters alleged there-in are true. except as to matters alleged on information & belief. and, as to those, I believe them to be true. I Certify under penalty of perjury that the foregoing is true & Correct.

    Executed at Angola, La on August 23, 2018

           Albert Grayer #389690
           Albert Grayer #389690
           Tiger 1R