ExHibiT "A"

```
                 LOUISIANA STATE PENITENTIARY
              R.E . BARROW, JR. TREATMENT CENTER              DS#:
                     ANGOLA, LA  70712

                 MEDICAL DUTY STATUS REPORT
ISSUE DATE: 4/30/2018       MEMO TYPE DATE: 5/02/2018       TU UPPER A

DOC#:389690          NAME:GRAYER             , ALBERT          RACE:B
TEMPORARY DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS: INDOORS, NO KITCHEN DUTY,
           NO SPORTS FROM MAY 15, 2018 TO OCTOBER 15, 2018
```

REASON:HEAT RELATED SIDE EFFECTS

TEMPORARY DUTY EXPIRES 10/15/2018     AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                               RDWR
TEMPORARY DUTY PER ORDERS OF:DR. LAVESPERE, MD        .
*************************************************************************************
ISSUE DATE: 04/25/2016        MEMO TYPE DATE: 4/25/2016
PERMANENT DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS:OUT OF FIELD,NO USE OF
                      SWINGING TOOLS,NO USE OF SHARP TOOLS,NO WORKING AROUND
                      MOVING MACHINERY,NO WORKING AT HEIGTHTS GREATER THAN
                      THREE (3) FEET,NO WORKING AROUND BODIES OF STANDING
                      WATER,MUST WORK TWENTY (20) FEET AWAY FROM ROAD,NO
                      HOBBYCRAFT,NO SPORTS X PERMANENT
REASON:        SEIZURE PRECAUTIONS

PER ORDERS OF:DR. LAFLUER, MD.        MD  Perm Duty Status Code: RDWR
                                          INPUT BY

CC: INMATE SIGNATURE
    SECURITY SIGNATURE
    FILE

ExHibiT "B"

In The United States District Court
For the Middle District of Louisiana

Albert Grayer

V

Darrel Vannoy

Declaration of
Barry Sadler

Civil Action
No.

Barry Sadler declares:

On Aug. 8, 2018 I was placed on Tiger 1 Right Cell #5 which holds Admin/seg offenders. Cell #5 is also the cell that houses Albert Grayer. We are in the cell together.

Upon my entering the cell Albert Grayer informed me that he suffers from epilepsy, in the event he was to have a seizure that I should not panic but place him on his side so that he would'nt choke if he was to regurgatate, and, place something under his head. Then notify prison officials so they could get him medical attention.

Albert Grayer further informed me that upon info 3 belief he had had a seizure earlier that day as he woke-up in vomit & urine, and after speaking with the tierwalker, it was discovered that Lt. Howard Brown + Msgt. M. Groom had knowledge of the situation & both purposefully ignored it and did not notify their Supervisor or call Medical.

On Aug 17, 2018 Albert Grayer and I were talking, when suddenly I heard a thump and then a gagging sound. I then got out of my bed and started racking the bars calling for help. When I looked back at Albert Grayer I observed white froth coming out of his mouth while he was still shaking violently. So I immediatly placed him on his side. When I turned back around Msgt. Groom was at the cell door asking the problem. After telling him and seeing what was going on Msgt. Groom shook his head and left the tier Cell

Before leaving the tier I asked Msgt. Groom was he going to get Albert Grayer some help and he stated "He'll be O.K." Approx. 15-20 mins later Capt. Russ made rounds and I stopped him and explained the situation to him and that my cellie would not respond. Capt. Russ then stated "I bet if I spray some of that gas in there he'll get up." I then told Capt Russ "this isn't a playing situation he needs medical attention" Capt. Russ then shined a flashlight over Grayer's body and said "I see his chest moving up & down he's alright!" Capt. Russ then exited the booth saying he was going to call medical. No one ever came.

Pg 1 of 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2018 at Angola, La.

Barry Sadler #411800
Barry Sadler #411800

In the United States District Court
For the Middle District of Louisiana

AlBERT A. Grayer
                V
Darrel Vannoy

                                            Declaration of
                                            AlBert Grayer

                                            Civil Action
                                                No.

AlBERT Grayer hereby declares:

I have suffered from epilipsey since Childhood & has taken all types of perscribed medication by No medication has been able to Control the Seizures.

I have been incarcerated at Louisiana State Prison since Feb 2016

I have been housed at Camp C since June 21, 2018

On July 10, 2018 I was placed on extreme watch (4-pt) orders of Mental Health personnal in an extremely hot cell

I have a duty status that places everyone on notice to my Heat related Side effects (Exhibit "A")

While on 4-pt I had Seizures at which time medical Personnel left me in the Cell unresponsive & Security failed to get me Medical Attention.

Due to the nature of my Complaint that Prison Officials are showing deliberate Indifference to my Serious Medical Need by 1) leaving me in the Cell unresponsive 2) failing to notify medical personnel that I am having a Seizure Plaintiff faces an Irreparable harm if he must wait until after using the Prison grievance. Plaintiff contends the outcome of his medical Condition Could result in Coma, paralyze or even death. Defendants Not only Violated his rights once, but this is an on-going problem as seen in his Complaint on July 10-11, 2018 Upon info & belief he was left in his Cell un-responsive after medical Personal had seen him b/c of an Seizure. After Medical Personal had left upon info & belief he Continued to have Seizures While Confined to 4-pt, at which time Security personal failed to Contact Medical again but left him on 4-pt having Seizures. Again on Aug 8, 2018 & Aug 17, 2018 as stated in his Complaint defendants had Knowledge of him having Seizures but purposeful ignored it & failed to get Plaintiff Medical Attention. Plaintiff Contends he's known to regergatate when having a Seizure which can easily block his air-way passage & he Choke & die. Plaintiff Contends he has forwarded letters of Complaint to the necessary Personnel at LSP but No response has been issued a Copy of these

1 of 2

Letter of Complaint has been marked as Exhibit "E"...

   Plaintiff Contends that defendants have not yet been notified that I'm applying for an Preliminary Injuction / TRO out of the abundance of Caution to try & ship it, but Once it's placed in Court Plaintiff will recieve Copies & Served all defendants Via Classification dept. at that time he will provide proof of Service to the Honorable Court.

   I hereby declare Under the penalty of perjury that the foregoing is true & Correct. Executed at Angola, La on Aug 21, 2018

Respectfully Submitted:
Albert Gruyer #389690
Albert Gruyer #389690
Tiger 1 1 R#5

2 of 2

ExHibit "C"

## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2018-1623
EVACUEE:
DOC #: 389690        BACKLOG: X
LAST NAME: GRAYER        FIRST NAME: ALBERT
RECORD TYPE: A      SUBJECT CODE: 0103 - QUALITY OF MEDICAL TREATMENT
INCIDENT DATE: 07-10-2018    SUBJECT TYPE :
LSP Only
LSP RESPONDENT: EMS

LSP HOUSING: CAMP C

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION  CODE |
|---|---|---|---|---|
| STEP 1: | 07/30/2018 |  |  |  |
| STEP 2: |  |  |  |  |

COMPLAINT:  B/L  :COMPLAINS THAT AFTER GETTING HIS STOMACH PUMPED BY CAPT. DARBONNE PER ORDERS OF DR. CROOK, HE WAS THEN PLACED IN THE HOLDING CELL AND HE TRIED TO HANG HIMSELF. THEY REMOVED HIM FROM HANGING AND TAKEN BACK TO THE TREATMENT CENTER AND DR. CROOK REFUSED TO SEE HIM. HE WAS THEN STRIP SEARCHED AND BROUGHT BACK TO HIS LIVING QUARTERS AND PLACED IN 4 PT. RESTRAINTS, IN AN EXTREMELY HOT CELL AND STARTED TO HAVING SEIZURES.  CAPT. BILL, AND DARBONNE LEFT HIM INSIDE THE CELL UNRESPONSIVE AND HE CONTINUED TO HAVE SEIZURES WITH NO MEDICAL ATTENTION. THE FOLLOWING DAY HE HAD MORE SEIZURES THAT WAS WITNESSED BY EMTS AND WERE IGNORED.
IF REJECTED REASON:

07/30/2018

07/30/2018

# LSP
## Backlog Notification

TO:  <u>GRAYER, ALBERT 389690</u>          <u>CAMP Q</u> Jag 2|c
    Offender Name and Number          Living Unit

RE: LSP-2018-1623          Received Date:  07/30/2018

The Administrative Remedy Procedure for adult inmates allows for the backlogging of multiple requests, therefore, your first request will be accepted and handled. The others will be logged and set aside for handling at such time as the current request in the system has been exhausted at the 2nd Step or your time limits have elapsed at Step 1.

You currently have an ARP(s) in the system. The ARP received today, Case Number LSP-2018-1623 will be processed following the above guidelines.  If you wish to have this ARP handled immediately, you may withdraw all pending ARPs.

## This is an Request for Administrative Remedy

On July 10-11. 2018 Offender AlBert Grayer #389690 Contends that Dr. Daniel Crook, & EMTs Cpt. DarBonne; Cpt. Bill Violated his 8th Amendment Under the U.S. Const. as they Showed deliberate Indifference to his Serious Medical need. On July 10. 2018 Offender Contends that he informed Cpt. Bill that he had taken a numerous amount of his perscribed Seizure Meds a Which time he was taken to the treatment Center. Upon his arrival at the treatment Center Cpt. Bill informed Dr. Crook & Cpt. DarBonne of the incident at which time Dr. Crook ordered Cpt. DarBonne to pump Offenders Stomache. Immediately afterwards Offender was Sent to the holding Cells to await trans pat. While in the holding Cell Offender tried hanging himself with the restraints a Which time Security entered the holding Cell & removed him from hanging. When tak back to the treatment Center Dr Crook immediately Stated "Take him back where he Came from. I do not want to see him"... Offender was than Stripped Searche & transported back to his living quarters at which time he was placed on 4-pt (per Mental Health).

While being on 4-pt in an extremely hot Cell whereas there was no air nor Ventilation Upon information & belief Offender Started having Seizures Wherea EMT's Cpt. DarBonne & Cpt Bill arrived & left him in the Cell unresponsive. Upon information & belief after EMT's left Offender Continuously had Seizures at Which time No Medical attention was given.

On July 11. 2018 Offender Contends he had more Seizures that upon information & belief was Witnessed by an EMT & Upon the Ambul ance arrival it was Cpt. Bill at which time he again left Offender in t Cell unresponsive. Offender Contends that Dr. Crook, EMTs DarBonne & Bill are fully aware that he Suffers from epilepsy With heat related Side effects listed on duty Status but they purposefully ignored, as Well as his Medical Condition Clearly leaving him in an life threatni manner. Deliberate Indifference to a prisoners Serious Medical need Violates the eighth Amendment as the above Officials demonstrated No "Care" or Concern regarding my health /or Well being.

## Relief Desired

1. I request nominal damages in the amount of $25,000 against EM DarBonne & Bill;

pg 1 of 2

2. I request nominal damages in the amount of $50,000 against Dr. Daniel Crook;

3- I request compensatory damages in the amount of $50,000 against EMTs DaiBonne & Bill;

4- I request compensatory damages in the amount of $75,000 agains Dr. D Crook;

5- I request punitive damages against EMTs DaiBonne & Bill in the amount of $25,000;

6- I request punitive damages against Dr. Crook in the amount of $50,000;

7- I request an preliminary & permanent injunction that all offenders who suffer with epilepsy be placed under camera observation when placed on any extreme watch;

8- I request a jury trial on all issues triable by jury;

9- Any additional relief this Court deems just, proper & equitable...

Respectfully Submitted;
AlBert Grayer #389690
AlBert Grayer #389690
Camp.C. JaG 2/L
July 30, 2018

pg 2 of 2

# Request For Administrative Remedy

On July 10, 2018 Offender Albert Grayer #389690 Contends that Major D. Voohries, Cpt. D. Turner & Cpt. J. Howard Violated his 8th Amendment Under the U.S. Const. as they Showed deliberate Indifference to his Serious Medical needs. On the above date Offender Contends he was placed on extreme Watch (or mental Health). Upon being placed on watch he was placed in a Booth Cell (Tiger 1R) Where as it was poorly Ventilated & there was no air Circulation by Cpt. D. Turner. After entering this Cell & realizing how extremely hot it was Offender requested from Cpt. Turner that he be placed in another Cell whereas he Can feel Some Sort of air because he Suffers from epilepsy & heat is Something that triggers his Seizures. He further informed Cpt. Turner that he has a duty Stat that places everyone on notice to his heat related Side effects. Cpt. Turner than Stated: "You Just tried to kill Yourself", "Now your worried about Heat"? "Mayb the heat Will give you What you Want"? Cpt. Turner remarks Were Very highly unprofe-ssional in this particular instance as he was aware of the risks associated wit excessive heat. Later that night Offender Contends he woke-up in excessive amount o Sweat & Urine feeling Weak, Nauseated, Confused at which time he informed the tier Walker to inform Security that he needed to declare himself an Medical emergency. Moments later Cpt. J Howard entered his booth at which time the Offender informed him that he needed to declare himself an medical emergen & Shower. Cpt. Howard than informed Offender that medical had Just left his cell approx 1-1½ his at Which time Offender questioned the reason why w they their? Cpt. Howard than informed Offender that he had been in there Shaking & upon Medical examining me they only took my Vitals & left. Cpt. How ard than informed me that Word was left from the day Shift that i had been Seizing Since ive been on 4-pt & When medical did arrive they only left me in the Cell. Offender Contends he was never Seen by Medical. He was never released from extreme restraints for water or bathroom breaks & he was forced to Sleep in Urine. On July 11, 2018 upon information & belief Offender had multiple Seizures on July 10, 2018 even after being Seen by Medical he Continuously had Seizures & Major Voohries, Cpt. D Turner & Cpt. J Howard would refuse to notify Medical. Upon informat ion & belief Cpt. Howard would watch offender have Seizures with-out getting him any medical attention. Offender Contends that major. D. Vooh ries, Cpt. D Turner, & Cpt. J Howard are aware that offender was in a

= 1 of 2 =

life threatning Situation & they are not trained in the medical feild but they purposefully ignored a Significant risk to Offenders health & Safety. Prisun Officials Violate the 8th Amendment when they act With deliberate Indifference to a Condition that exposes a prisoner to an Unreasonable risk of Serious harm...

## Relief Desired

1. I request Nominal damages in the amount of 25,000 against ~~Nama~~ Cpt. D. Turner & Cpt. J. Howard;

2. I request Nominal damages in the amount of $50,000 against Major D. Voohiies;

3. I request Compensatory damages in the amount of $25,000 against all defendants;

4. I request punitive damages in the amount of $50,000 against all defendants;

5. I request a preliminary & permanent injuction Ordering that all offenders who suffer with epilipsey be placed Under Camera observation When placed on any extreme Watch....

Respectfully Submitted;
Albert Thayer #389691D
Tiger 4R #5
Aug 21, 2018

Pg 2 of 2

ExHiBiT "D"

**Page Nine**

3) Authority for the initial utilization of extreme restraints pursuant to this Section must be given by the Warden or designee (who must be a Unit Manager or above).

4) Unit extreme restraint procedures developed for medical/mental health purposes pursuant to the provisions of this Section shall include approval from the unit's Health Authority.

B. Procedures for Medical/Mental Health Purposes

The unit's Health Authority or designee shall be notified to assess the offender's medical/mental health condition and shall then advise whether, on the basis of serious danger to self or others, the offender should be placed under medical/mental health supervision and if there exists a medical/mental health necessity for the continued use of extreme restraints. Should it be determined that a medical/mental health emergency requiring extreme restraints does exist, Health Care Policy No. HC-29 "Utilization of Restraints for Medical and Mental Health Management Orders" and Health Care Policy No. HC-38 "Suicide Prevention, Suicide Intervention and Post Suicide Management" shall be followed.

C. Procedures for Security Purposes

When the unit's Health Authority or designee (or after initial approval of the Warden or designee) does not find any medical/mental health contraindication that an offender is to be placed in the restraint chair, four/five point restraints or straitjacket, the offender shall be placed in a camera observation cell (if available). If a camera observation cell is not available, direct complete visual observation of the offender must be continuous until the initial medical/mental health assessment is completed and should continue at no greater than fifteen minute intervals thereafter.

D. Procedures While Restrained

1) Medical personnel on duty shall make an initial assessment after placement of an offender in any type of extreme restraints and shall follow with assessments at least every 12 hours. This includes an assessment of the medical and mental health status of the offender to determine if modification or discontinuation of the extreme restraint is appropriate for medical or mental health reasons. The unit's Health Authority or designee must be notified of any abnormal findings.

2) Trained staff (which may include a Correctional Officer certified in first-aid) shall examine the offender every two hours and document the



Exhibit "E"

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Albert Grayer

NUMBER: 389690

LOCATION: Tig'IR

BALANCE IN YOUR DRAWING ACCOUNT: $ _____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

Warden Darrel Vannoy
name
17544 Tunica Trace - Louisiana State Prison
address
Angola La 70712
city, state, zip code

Asst. Warden Shannon Demars
name
17544 Tunica Trace - Louisiana State Prison
address
Angola La 70712
city, state, zip code

Center for Constitutional Rights
name
666 Broadway 7th Floor
address
New York, Ny 10012
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

Albert Grayer # 389690
offender's signature and number

S. Gray
classification officer

8-21-18
date

*(right margin, handwritten vertical):* Letter of Complaints....

To: All Concerned
From: Albert Gray, # 384470
        Tiger #15
Date: August 30, 201X
Re: Letter of Complaint
Subject: Deliberate Indifference to Serious medical need


        This letter is being written with a prayer you would help me. Hunted Sip in order to better my condition. First of all i am an Effective sufferer specially from epilepsy. Since i've been housed at Camp C Tiger Unit i've been repeatedly shown deliberate Indifference (d. I) to my Serious medical need in violation of my 8th Amendment.

        On July 11 2018 i was placed on 4 pt. (pen med) the the i was the voicing my Verbal medical Calling Tiger 15 Upon being placed in this cell i informed Cpt. D Turner of my Medical Condition. the result of me getting Overheat. I informed him that my duty status would substantiate everything i say and also clearly present harm to take to my head which i side effect B. Cpt. D Turner still ignored my request to be placed on a call status more comfortable. While on 4 pt Upon information believe i began to have ____ at which time EMTs Cpl. Daw ____ at I informed him that the Call Unresponsive Aide that instructed me to be I continued to have Seizures at which time Sgt. Dail the ____ be to then and ____ Lieutenant Daniel Vaughan D. T came over saying to this conclusion further and the Same Education exists 8th ____ (Cruel Unusual) Was told by an Lt. this is a state wide policy to North ____ will harm this result, ____ told me that condition told be reached When questioned what I ____ was also told to Walk MJ. Upon info · belief I Continued to have Seizures removed to medical the that lt. that night only. According to this ____ i informed Cpt. J Howard that i needed to declare myself an Medical emergency at which time he informed me that Medical Personal had just left my cell Upon questioning him as to why? i was told that i was in my cell shaking the EMTs came in my cell took my vitals left saying i would be O.K. Upon Further investigation the EMTs was found to be Cpl Dai Bunny this was her Second time Within a twelve hr period leaving me in the cell Unresponsive On 7·11·2018 upon info · belief i was told that the EMTs late that nit i had more Seizures at which time Sgt J Howard failed to notify Medical personal but took it upon himself to come in my cell both Call my name · leave Also transpiring on this date Another Seizure that was Witnessed by an EMT upon making rounds While the Ambulance responded

To: All Concerned
From: Albert Grayer #389690
Date: 8-21-2018
Re: Letter of Complaint
Subject: Deliberate Indifference to Serious Medical need.


Sir/madam;

This is a letter of Complaint against prison officials employeed here at Louisiana State Prison (LSP) as they Continously Violat my 8th Amendment by showing deliberate Indifference to my Serious Medical nee I am an offender who suffers greatly with Epilepsy.. On July 10-11.2018 I was placed on 4-pt (per M.H) on Tiger 4R in a Hot booth Cell. While on 4-pt upon Informa ion & belief I began to have Seizures at which time medical was informed. Upon Inf & belief medical Came performed an Evaluation & left me in the Cell unresponsive. Afte they left Upon information & belief I continued to have Seizures at which time MAju David Voorhiste. & Cpt. D. Turner responded to the beeper activation. Upon them bein informed that the Same Situation Exists one of the Supervisors got up-set with the officer & told him not to activate his beeper for no shit like that. & Upon him question ing as to what he is suppose to do their response was "watch him".. These remarks we highly unprofessional in this particular instance. Upon Info & belief I continued having Seizures throught-out the remaining of the Shift without being provided with medical attention. Later that night I woke-up excessively sweating & in Urine at which time I informed Cpt. J. Howard that I needed to Shower & declare myself an Medical Emergency. Cpt. Howard than informed me that medical had just left my Cell approx 1-1½ hrs ago at which time I questioned him as to the reason Why Cpt. Howard than informed me that I had been in there Shaking & Upon them Call ing My Name I would not answer. Cpt Howard than informed me that medical Came in took my Vitals & left me in the Cell unresponsive. Upon info & belief afte words later that night I continued to have Seizures at which time Cpt. J. Howard failed to notify Medical but would observe me hisself with the Knowledge he is trained in the Medical field. On July 11. 2018 upon information & belief I was stil having Seizures that was witnessed by an EMT While making routine round Upon the Ambulance responding. it was the Same EMT from the day before again he left me in the Cell unresponsive...

On August 8. 2018 while being housed on Tiger 4R Adm. Seg. I again woke-up in in Vomit & Urine at which time I knew an Seizure had occured. After an investigation it was discovered that LT. Brown & M/SGt M. Groom had Knowledge of the Situation & upon info. & belief both Security personal failed to notify Medical. or attempt to get him medical attention. Later that day as Major Lotis was making rounds I personally brought this incident to his attention & informed him that I needed to declare myself an Medical emergency at which time he exited my Cell Booth stating he was about to go Call. I was never seen by Medical. Based on these Unsafe Conditions of your Security personal leaving me in an life threatning manner that Can Cause an irreparable injury or death as prison officials Continuously demonstrate no "Care" or Concern regarding my rights. health. & /or well being I am in the process of filing a Preliminary Injuction & Temporary Restraining Order against all Medical & Security personals involved. Once these documents are complete you will recieve a Copy requesting that the named defendants be provided with a Copy. Again this is an letter of Complaint & it further places you on notice to the actions of your officers.

C.C.

    Warden Vannoy
    Warden Demars
    Warden of Health Care
    Albert Grayer # 389690
    Warden Whitaker
    Donna Grodner - Atty

Respectfully Submitted;
Albert Grayer # 389690
Albert Grayer # 389690
Tiger 4R