## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

Albert A. Grayer
# 389690
Louisiana State Penitentiary
Angola, LA 70712


Re:   Albert A. Grayer v. Darrel Vannoy, Warden, et al.
Civil Action No. 18-0795-BAJ-EWD


## DEFICIENCY NOTICE

The Clerk has filed your pleadings which the Court has interpreted to be an attempt to assert a constitutional civil rights violation pursuant to 42 U.S.C. § 1983. However, your pleadings are deficient in the area(s) noted below:

You have twenty-one (21) days from the date of this Notice to correct the deficiencies by amending the pleadings to conform with the noted deficiencies and/or by providing the Court with the information or forms requested.

THIS IS TO NOTIFY YOU THAT FAILURE TO AMEND THE PLEADINGS OR PROVIDE THE REQUESTED INFORMATION OR FORMS AS INDICATED MAY RESULT IN THE DISMISSAL OF YOUR SUIT BY THE COURT WITHOUT FURTHER NOTICE

- You must submit a Civil Complaint on an approved form and it must be legibly handwritten or typewritten.

ENCLOSURES:

- 42 U.S.C. § 1983 Complaint form
- Original and Supplemental Complaints

Baton Rouge, Louisiana, October 19, 2018

Pro Se Staff Attorney