UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT A. GRAYER | CIVIL ACTION |
| VERSUS | |
| DARREL VANNOY, ET AL. | NO.: 18-CV-00795-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 21)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. 20). The *pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary, alleged that Defendants acted with deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment. (*Id.* at p. 1). The Magistrate Judge recommended that Defendants' motion for summary judgement be granted, due to Plaintiff's inability to establish that he exhausted potential administrative remedies. (*Id.* at pp. 3-4).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Plaintiff filed a response to the Report and Recommendation. (Doc. 14). Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court

approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 21)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion for Summary Judgement for Failure to Exhaust Administrative Remedies (Doc. 20)** is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 29th day of August, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**